IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| THE HISPANIC LEADERSHIP FUND, INC. and FREEDOM NEW YORK, <br><br> *Plaintiffs*, <br><br> -against- <br><br> NEW YORK STATE BOARD OF ELECTIONS, JAMES A. WALSH, Co-chair New York State Board of Elections, DOUGLAS A. KELLNER, Co-chair New York State Board of Elections, EVELYN J. AQUILA, Commissioner of New York State Board of Elections, GREGORY P. PETERSON, Commissioner of New York State Board of Elections. <br><br> *Defendants*. | Civ. Action No.: 1:12-cv-01337 |

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT NEW YORK STATE BOARD OF ELECTIONS

In light of Defendant New York State Board of Elections' ("BOE") refusal to waive Eleventh Amendment sovereign immunity, *see* Dkt. Nos. 15 (Declaration in Opposition to Motion") and 16 (Memorandum of Law in Opposition to Motion), Plaintiffs The Hispanic Leadership Fund ("HLF") and Freedom New York ("FNY") hereby voluntarily dismiss, without prejudice, the claims against BOE from this action pursuant to Fed. R. Civ. P 41(a)(1)(A)(i).

1

Plaintiffs HLF and FNY, however, still maintain all of their claims against the remaining Defendants, Commissioners of the BOE, as they are not cloaked in the protection of sovereign immunity.

Dated: New York, New York
September 10, 2012

        BRACEWELL & GIULIANI

        /s/ Laurence A. Levy
        Laurence A. Levy (517725)
        Andrew K. Rafalaf (517726)
        1251 Avenue of the Americas
        New York, New York 10020
        (212) 508-6403 (t)
        (212) 938-3878 (f)
        larry.levy@bgllp.com
        andrew.rafalaf@bgllp.com

        *Attorneys for Freedom New York*

        HOLTZMAN VOGEL JOSEFIAK PLLC
        Jason Torchinsky (*pro hac vice*)
        45 North Hill Drive, Suite 100
        Warrenton, Virginia 20186
        (540) 341-8808
        (202) 302-6768
        jtorchinsky@hvjlaw.com

        *Attorneys for The Hispanic Leadership Fund, Inc.*